March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

FERNANDO RA         ,
           Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_____-CR-_____(___)(___)

Defendant __FERNANDO RA_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

**X**    Bail/Revocation/Detention Hearing

___    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence

_____[signature] (for Ra)_____        _____[signature]_____
Defendant's Signature                      Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Fernando Ra_____        __Andrew Dalack_____
Print Defendant's Name                    Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__11/5/2020_____        __Stewart D. Aaron_____
Date                                           U.S. Magistrate Judge